IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 5:01CR18-3-T |
| | ) | (Financial Litigation Unit) |
| JASON MICHAEL COLEMAN, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| JORDAN'S CLEANERS, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

**THIS MATTER** is before the Court on motion of the United States for dismissal of the writ of garnishment entered herein.

For the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the motion to dismiss is **ALLOWED**, and the Writ of Garnishment filed in this case against the Defendant Jason Michael Coleman is hereby **DISMISSED.**

Signed: November 20, 2007

Lacy H. Thornburg
United States District Judge